

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN THE MATTER OF M.A.S., A
JUVENILE.

§
§
§
§
§
§
§

No. 08-13-00085-CV

Appeal from the

65th District Court

of El Paso County, Texas

(TC#07,00821)

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the juvenile court's judgment. We therefore affirm the judgment of the court below.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JUNE, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.